COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS




TENET HOSPITALS LIMITED, A
TEXAS LIMITED PARTNERSHIP,
D/B/A SIERRA MEDICAL CENTER,


 Appellant,


v.


ARMIDA PORTILLO, INDIVIDUALLY,
AS INDEPENDENT EXECUTRIX OF
THE ESTATE OF ELVIRA M.
CUELLAR, DECEASED, AND ON
BEHALF OF ALL STATUTORY
WRONGFUL DEATH BENEFICIARIES
OF ELVIRA M. CUELLAR, DECEASED,


 Appellees.
§


 


§


 


§


 


§


 


§



§


 §


 §


 §





No. 08-08-00242-CV



Appeal from


 327th District Court


of El Paso County, Texas


(TC # 2005-6164)




MEMORANDUM OPINION



 Pending before the Court is Appellant, Tenet Hospital's unopposed motion to dismiss this
appeal pursuant to Tex.R.App.P. 42.1(a)(1) and 43.2(f). Because the parties have settled the disputes
underlying this appeal, we will grant Appellant's motion and dismiss the appeal. 

 Appellant represents to the Court that the parties to this appeal have reached an agreement
resolving the disputes underlying this appeal. Appellees have not objected to the motion, and there
is no indication that dismissal would prevent Appellees from any relief to which they would
otherwise be entitled. See Tex.R.App.P. 42.1(a)(1). Appellant's motion is therefore granted, and
the appeal dismissed. Costs will be taxed against the party incurring the same in accordance with
the parties' agreement. See Tex.R.App.P. 42.1(d).



February 5, 2009 

 ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.

Chew, C.J., not participating

Carr, J., not participating